IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | ACTION NO. 3:96-cr-94HTW |
| JAMES JONES | DEFENDANT |
| JACKSON STATE UNIVERSITY | GARNISHEE |

## ORDER QUASHING GARNISHMENT

This cause is before the court on a Motion (Doc. #158) filed by the Plaintiff, United States, to quash the Writ of Garnishment issued by the Clerk on July 31, 2009 (Doc. #138) on the grounds that the defendant is no longer employed by the garnishee, Jackson State University;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on July 31, 2009, (Doc. #138) be and it is hereby quashed, and the garnishee, Jackson State University is hereby dismissed.

ORDERED AND ADJUDGED this 2nd day of March, 2010.

_Henry T. Wingate_
CHIEF JUDGE
UNITED STATES DISTRICT